UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |  |
|---|---|---|
| DONNIE ERHARDT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. |
| BIG DAN'S CAR WASH, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, BIG DAN'S CAR WASH, LLC ("Defendant"), by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§1331, 1441, and 1446, hereby files this Notice of and Petition for Removal of this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this action is based upon the following:

1.     On April 14, 2023, Plaintiff, DONNIE ERHARDT ("Plaintiff") filed a Complaint in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, which was captioned "*Donnie Erhardt v. Big Dan's Car Wash, LLC, a foreign limited liability company*" (the "Circuit Court Case"). The

Circuit Court Case was assigned Case No. 23-006591-CI. A true and correct copy of the Complaint filed in the Circuit Court Case, along with copies of all other process, pleadings, and orders on file in the Circuit Court Case are attached to this Notice of and Petition for Removal as *Exhibit A* as required by 28 U.S.C. § 1446(a).

2. Plaintiff's single-count Complaint seeks relief for alleged disability discrimination under the federal Americans with Disabilities Act, ("ADA"), 42 U.S.C. § 12101 *et seq.*

3. Because Plaintiff has asserted claims under the ADA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331.

4. Defendant was first served with this lawsuit on April 18, 2023. As such, this Notice has been filed within thirty (30) days after service of Plaintiff's initial pleading and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

5. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly provide written notice of the removal to all adverse parties in this action and will file a copy of this Notice of and Petition for Removal in the Circuit Court of the Sixth Judicial Circuit Court in and for Pinellas County, Florida.

6. The United States District Court for the Middle District of Florida, Tampa Division includes the judicial county in which Plaintiff filed his lawsuit. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendant, BIG DAN'S CAR WASH, LLC, respectfully removes this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

DATED this 18th day of May, 2023.

Respectfully submitted,

**JACKSON LEWIS P.C.**
390 North Orange Avenue, Suite 1285
Orlando, FL 32801
Telephone:  (407) 246-8440
Facsimile:   (407) 246-8441

By:   */s/ Amanda A. Simpson*
Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Jacqueline M. Gardner
Florida Bar No. 1032521
jacqueline.gardner@ jacksonlewis.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Craig L. Berman, Esq., Berman Law Firm, P.A., 111 Second Ave N.E., Unit 706, St. Petersburg, FL 33701.

*/s/ Amanda A. Simpson*
Amanda A. Simpson

# EXHIBIT A

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

**DONNIE ERHARDT,**

    **Plaintiff,**

vs.        Case No. :

**BIG DAN'S CAR WASH, LLC, a
foreign limited liability company,**

    **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, DONNIE ERHARDT, by and through her undersigned counsel, hereby sues Defendant, BIG DAN'S CAR WASH, LLC, a foreign limited liability company ("BDCW"), and alleges as follows:

### NATURE OF ACTION

1. This is an action for damages under the Americans With Disabilities Act ("ADA") the value of which exceeds $50,000, exclusive of pre-judgment interest, costs, and attorney's fees.

### JURISDICTION AND VENUE

2. Plaintiff has performed all conditions precedent necessary to the maintenance of this action or such conditions precedent have been waived, including the filing of a charge of discrimination with the EEOC alleging disability discrimination.

3. Plaintiff was a resident of Pinellas ounty, Florida at all times material to this action.

4. Defendant is a foreign limited liability company conducting business in Pinellas

-1-

County, Florida.

5. Venue is proper in Pinellas County.

**FACTUAL ALLEGATIONS**

6. Defendant applied for a position at the Tarpon Springs location of BDCW.

7. Plaintiff was interviewed on November 28, 2022.

8. Plaintiff became aware he had been rejected for employment solely because he was perceived as morbidly obese on December 1, 2022.

9. Plaintiff became aware of the reason for his rejection when a text message intended for higher management was delivered to Plaintiff.

10. The message misdelivered to Plaintiff states: "He applied for the ASM position. Everything was good but he is the guy that is over weight."

11. Weight was not a valid job qualification for the ASM position.

12. After receiving the text message intended for someone else, Plaintiff notified the hiring supervisor of his error.

13. The hiring supervisor then apologized but admitted: "We're just thinking about your health being."

14. Defendant pretextually claimed that it wanted Plaintiff "to be happy in that position."

15. Plaintiff suffered from a disability (morbid obesity) at all times material to this action. Plaintiff was actually disabled, had a record of being disabled and was perceived as disabled and subjected to unlawful stereotypes about persons suffering from morbid obesity.

## COUNT I - DISABILITY DISCRIMINATION IN VIOLATION OF AMERICANS WITH DISABILITIES ACT

16. Plaintiff realleges paragraphs 1 through 15 as if fully set forth herein.

17. Plaintiff was subjected to disability discrimination in regard to the terms, conditions and privileges of employment and was rejected for employment based on his disability.

18. Plaintiff has been damaged by the conduct of Defendant.

WHEREFORE, Plaintiff requests this Honorable Court to:

A. Order Defendant to pay an award of damages to fully compensate Plaintiff for lost wages and other compensatory and punitive damages to which Plaintiff is entitled;

B. Order Defendant to pay prejudgment interest on all sums due Plaintiff;

C. Order Defendant to pay an award of attorney's fees and costs under the ADA; and

D. Grant such further relief as the Court deems just, necessary, and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted,

/s/ Craig L. Berman
Craig L. Berman, Esquire
Fla. Bar No. 068977
111 Second Avenue N.E.
Suite 706
St. Petersburg, FL 33701
(727) 550-8989
craig@bermanlawpa.com

**TRIAL COUNSEL FOR PLAINTIFF**

# FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SIXTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PINELLAS</u>   COUNTY, FLORIDA

<u>DONNIE ERHARDT</u>
  Plaintiff

Case # _____
Judge  _____

vs.
<u>BIG DAN'S CAR WASH, LLC</u>
  Defendant

## II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

## III.    TYPE OF CASE    

(If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

***ELECTRONICALLY FILED 04/14/2023 12:04:00 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Craig Lewis Berman         Fla. Bar # 68977
    Attorney or party                 (Bar # if attorney)

Craig Lewis Berman              04/14/2023
(type or print name)              Date

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNIE ERHARDT,

       Plaintiff,

vs.                                   Case No. :

BIG DAN'S CAR WASH, LLC, a
foreign limited liability company,

       Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint on Defendant:

**BIG DAN'S CAR WASH, LLC, a foreign limited liability company**
**SCOTT M. PRICE, ESQ., Registered Agent**
**315 E. ROBINSON ST., STE. 600**
**ORLANDO, FL 32801**

      Defendant is required to serve written defenses to the complaint on counsel for Plaintiffs, Craig L. Berman, BERMAN LAW FIRM, P.A., 111 Second Avenue N.E., Suite 706, St. Petersburg, FL 33701, within 20 days after service of this summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of the court either before service on counsel for Plaintiff or immediately thereafter. If Defendant fails to do so, a default will be entered against Defendant for the relief demanded in the Complaint.

      DATED on   APR 14 2023   2023.

                                              Clerk of the Court

                                           By: _____
KEN BURKE CLERK CIRCUIT COURT       Deputy Clerk
315 Court Street
Clearwater, Pinellas County, FL 33756-5165



# **VERIFIED RETURN OF SERVICE**

| | | |
|---|---|---|
| State of Florida | County of Pinellas | Circuit Civil Court |

Case Number: 23-006591-CI

Plaintiff:
**DONNIE ERHARDT**

vs.

Defendant:
**BIG DAN'S CAR WASH, LLC A FOREIGN LIMITED LIABILITY COMPANY**

SRQ2023013802

For:
Craig L. Berman
Berman Law Firm, P.A.

Received by 360 Legal, Inc. on the 17th day of April, 2023 at 9:39 am to be served on **BIG DAN'S CAR WASH, LLC, A FOREIGN LIMITED LIABILITY COMPANY SCOTT M. PRICE, ESQ., REGISTERED AGENT, 315 EAST ROBINSON STREET, SUITE 600, ORLANDO, FL 32801**.

I, JEREMY THOMAS, Certified Process Server, do hereby affirm that on the **18th day of April, 2023** at **1:34 pm**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL [no exhibits]** with the date and hour of service endorsed thereon by me, to: **SOFIA RIVERA** as **EMPLOYEE OF SCOTT M. PRICE, ESQ. THE R/A** for **BIG DAN'S CAR WASH, LLC, A FOREIGN LIMITED LIABILITY COMPANY SCOTT M. PRICE, ESQ., REGISTERED AGENT**, at the address of: **315 EAST ROBINSON STREET, SUITE 600, ORLANDO, FL 32801**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: 5'2", Weight: 115, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

JEREMY THOMAS, Certified Process Server
I.D. No.: 642

360 Legal, Inc.
201 Fletcher Ave.
Suite 100
Sarasota, FL 34237
(941) 241-5751

Our Job Serial Number: SRQ-2023013802
Ref: ERHARDT V. BIG DAN'S

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2h

Filing # 171018957 E-Filed 04/14/2023 12:04:02 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

**DONNIE ERHARDT,**

    **Plaintiff,**

vs.     Case No. :

**BIG DAN'S CAR WASH, LLC,** a
foreign limited liability company,

    **Defendant.**
_____/

## SUMMONS

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint on Defendant:

**BIG DAN'S CAR WASH, LLC, a foreign limited liability company**
**SCOTT M. PRICE, ESQ., Registered Agent**
**315 E. ROBINSON ST., STE. 600**
**ORLANDO, FL 32801**

    Defendant is required to serve written defenses to the complaint on counsel for Plaintiffs, Craig L. Berman, BERMAN LAW FIRM, P.A., 111 Second Avenue N.E., Suite 706, St. Petersburg, FL 33701, within 20 days after service of this summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of the court either before service on counsel for Plaintiff or immediately thereafter. If Defendant fails to do so, a default will be entered against Defendant for the relief demanded in the Complaint.

    DATED on   APR 14 2023   2023.

Clerk of the Court

By: _____
Deputy Clerk

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of Pinellas | Circuit Civil Court |

Case Number: 23-006591-CI

Plaintiff:
**DONNIE ERHARDT**

vs.

Defendant:
**BIG DAN'S CAR WASH, LLC A FOREIGN LIMITED LIABILITY COMPANY**

SRQ2023013802

For:
Craig L. Berman
Berman Law Firm, P.A.

Received by 360 Legal, Inc. on the 17th day of April, 2023 at 9:39 am to be served on **BIG DAN'S CAR WASH, LLC, A FOREIGN LIMITED LIABILITY COMPANY SCOTT M. PRICE, ESQ., REGISTERED AGENT, 315 EAST ROBINSON STREET, SUITE 600, ORLANDO, FL 32801**.

I, JEREMY THOMAS, Certified Process Server, do hereby affirm that on the **18th day of April, 2023** at **1:34 pm**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL [no exhibits]** with the date and hour of service endorsed thereon by me, to: **SOFIA RIVERA** as **EMPLOYEE OF SCOTT M. PRICE, ESQ. THE R/A** for **BIG DAN'S CAR WASH, LLC, A FOREIGN LIMITED LIABILITY COMPANY SCOTT M. PRICE, ESQ., REGISTERED AGENT**, at the address of: **315 EAST ROBINSON STREET, SUITE 600, ORLANDO, FL 32801**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: 5'2", Weight: 115, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

JEREMY THOMAS, Certified Process Server
I.D. No.: 642

360 Legal, Inc.
201 Fletcher Ave.
Suite 100
Sarasota, FL 34237
(941) 241-5751

Our Job Serial Number: SRQ-2023013802
Ref: ERHARDT V. BIG DAN'S

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2h

***ELECTRONICALLY FILED 04/19/2023 10:40:30 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Filing # 171018957 E-Filed 04/14/2023 12:04:02 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

**DONNIE ERHARDT,**

    **Plaintiff,**

vs.                                    Case No. :

**BIG DAN'S CAR WASH, LLC, a
foreign limited liability company,**

    **Defendant.**
_____/

## SUMMONS

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint on Defendant:

**BIG DAN'S CAR WASH, LLC, a foreign limited liability company
SCOTT M. PRICE, ESQ., Registered Agent
315 E. ROBINSON ST., STE. 600
ORLANDO, FL 32801**

    Defendant is required to serve written defenses to the complaint on counsel for Plaintiffs, Craig L. Berman, BERMAN LAW FIRM, P.A., 111 Second Avenue N.E., Suite 706, St. Petersburg, FL 33701, within 20 days after service of this summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of the court either before service on counsel for Plaintiff or immediately thereafter. If Defendant fails to do so, a default will be entered against Defendant for the relief demanded in the Complaint.

    DATED on ____APR 14 2023____ 2023.

                                                      Clerk of the Court

                                                  By: _____
KEN BURKE CLERK CIRCUIT COURT        Deputy Clerk
315 Court Street
Clearwater, Pinellas County, FL 33756-5165